Felix F. Von Wilmowsky v. Edwin J. Prindle and Another, Impleaded, etc.— Motions for reargument denied. Order resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Felix F. Von Wilmowsky v. Edwin J. Prindle and Another, Impleaded, etc. Felix F. Von Wilmowsky v. Edwin J. Prindle and Others, etc., Impleaded, etc.— Motions for reargument denied. Order resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Herbert S. May v. Thomas K. Russell.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Moses Rubenstein, Suing Individually and as Stockholder of Joseph G. Shimm Company, Inc., v. Joseph G. Shimm Company, Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The Eddy Building Corporation v. George D. Cordes.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Baumann & Company v. Mary Wahn.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Jacob Klein, an Attorney.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Max B. Lesser, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Beatrice Trenkman, Appellant, v. Clair Smith, Defendant, Impleaded with Isaac T. Flatto, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of the Acts and Proceedings of Adele Slattery and Warner W. Westervelt, as Executors and Trustees, etc., of John R. Slattery, Deceased.— Decree, so far as appealed from, affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [132 Misc. 319.]

Siegfried Frohlich and Others, Appellants, v. Valentine Mott, as President of the Consolidated Stock Exchange of New York, and Valentine Mott and Others, as the Committee on Liquidation, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Evelyn Parlato, Respondent, v. Raphael Parlato, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Scott's Preparations, Inc., a Corporation Organized under the Laws of the State of Delaware, Respondent, v. V. Vivaudou, Inc., a Corporation Organized under the Laws of the State of Delaware, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment